**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed April 11, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00115-CV

---

### D & R USA ENTERPRISE INC., Appellant

### V.

### SCF RC FUNDING IV LLC, ESSENTIAL PROPERTIES REALTY TRUST LLC (A/K/A SCF REALTY CAPITAL LLC), Appellees

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-47415A**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed January 17, 2023. On April 4, 2024, appellant filed an agreed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.